845 A.2d 778

COMMONWEALTH of Pennsylvania, Appellant

v.

Charles Jacob WENSEL, Sr., Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.

Decided March 23, 2004.

Chase Gray McClister, Kittanning, for the Com. of PA.

Jack D. Heim, Kittanning, for Charles Jacob Wensel, Sr.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM:

AND NOW, this 23rd day of March, 2004, the order of the Armstrong County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).